UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. **LINDA EDWARDS,**
17. LADONNA MULLINS,
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,
    Defendants.

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **March 23, 2006 at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

The Court's docket sheet reflects that Ms. Edwards has eight pending motions. **(#695, #893, #841, #1153, #1154, #1155, #1156, #1157**). The parties shall be prepared to address these motions at the hearing.

Defendants who have filed notices of disposition are not required to appear at the hearing. Apart from Ms. Edwards, any other Defendant who desires not to attend this hearing is excused from the hearing if such Defendant files a "Notice Waiving Right to Appear at the March 23, 2006 Hearing" no later than **March 21, 2006** at **5:00 p.m**. Please provide a courtesy copy of such Notice to the Chambers e-mail account with the hearing date specified in the subject.

Dated this 10th day of March, 2006

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____
                Marcia S. Krieger
                United States District Judge