UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. LINDA EDWARDS,
17. LADONNA MULLINS,
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,
        Defendants.

## ORDER GRANTING MOTION TO RECONSIDER

THIS MATTER comes before the Court on Defendant Linda Edwards' Motion to Reconsider Denial of Untimely Motions **(#1204)**. The Government has not responded to the motion.

On April 4, 2006, Ms. Edwards filed two motions: a motion to suppress statements and evidence **(#1186)**, and a motion for discovery and reservation of objection under Fed. R. Evid. 702 **(#1187)**. The Court denied both motions as untimely filed because they were due on March 31, Ms. Edwards had already been given prior extensions of time, and she had filed no motion for an extension of time prior to filing the motions.

Ms. Edwards now seeks reconsideration of that Order. She states that she tried to file the motions on March 31 but a software error prevented it. She contends that she notified the Court by e-mail of this problem and that she did not gain any tactical advantage from the delay. She contends that she will be prejudiced if she is not allowed to file the motions.

Ms. Edwards has established adequate grounds for reconsideration. However, the Court advises her that transmission of pleadings by e-mail does not constitute filing or service.

**IT IS THEREFORE ORDERED** that:

(1) The Motion to Reconsider Denial of Untimely Motions **(#1204)** is **GRANTED**.

(2) The motion to suppress statements and evidence **(#1186)**, and the motion for discovery and reservation of objection under Fed. R. Evid. 702 **(#1187)**, are reinstated. The Government shall file a response to both motions on or before

June 2, 2006.

(3)   A 1-hour hearing on both motions is set for **June 26, 2006** at **1:30 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.

Dated this 19th day of May, 2006

                                      **BY THE COURT:**

                                      *[signature: Marcia S. Krieger]*

                                      Marcia S. Krieger
                                      United States District Judge