IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
**16. LINDA EDWARDS,**
**17. LADONNA MULLINS,**
18. TRENSON L. BYRD,
   also known as TL Byrd,
**19. EMMITT COTTON, SENIOR,**
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
   also known as Tracey Richardson,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS, and
34. ODIE WEBSTER, III,
  Defendants.

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals

Service requiring said United States Marshal to produce the material witness, TRACEY

RICHARDSON, D.O.B. 1976, DOC No. 131425, before a United States District Judge,

on or about April 6, 2007 to testify during the trial set to begin on March 28, 2007, and to

hold her at all times in the United States Marshal's custody as an agent of the United

States of America until she has appeared as a material witness, and immediately

thereafter to return the witness to the institution where she is now confined, under safe

and secure conduct..

Dated this 20th day of February, 2007

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge