UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

          Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. **LINDA EDWARDS,**
17. **LADONNA MULLINS,**
18. TRENSON L. BYRD, aka TL Byrd,
19. **EMMITT COTTON, SENIOR,**
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,
          Defendants.

## ORDER OVERRULING OBJECTIONS TO QUESTIONNAIRE

THIS MATTER comes before the Court on the Government's Objections to Supplemental Juror Questionnaire **(#1633)** and Defendant Emmitt Cotton's Objection to Question 27 of the Jury Questionnaire **(#1632)**. Also before the Court is Defendant Edwards' Request for Additional Questions on Juror Questionnaire **(#1635)**. Defendants Mullins filed no objections to the questionnaire. Having considered the same,

**IT IS ORDERED** that the objections to the questionnaire are overruled, and Ms. Edwards' request for additional questions to be included in the questionnaire **(#1635)** is **DENIED**. Counsel can raise additional questions to be asked of the jury panel during *voir dire*. Attached is a copy of the jury selection procedures for a criminal trial. The number of peremptory challenges and alternate jurors is a matter to be addressed at the final pretrial conference.

Dated this 27th day of February, 2007

                                      **BY THE COURT:**

                                      */s/ Marcia S. Krieger*

                                      Marcia S. Krieger
                                      United States District Judge