UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. **LINDA EDWARDS,**
17. **LADONNA MULLINS,**
18. TRENSON L. BYRD, aka TL Byrd,
19. **EMMITT COTTON, SENIOR,**
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,
        Defendants.

### ORDER DENYING GOVERNMENT'S UNOPPOSED REQUEST FOR IMMEDIATE STATUS CONFERENCE

THIS MATTER is before the Court pursuant to the Government's Unopposed Request for Immediate Status Conference **(#1699).**

1) A final pretrial conference in this matter is scheduled for March 23, 2007, in anticipation of a trial set to begin on March 28, 2007.

2) All pending matters can be addressed at the final pretrial conference.

3) Due to the pendency of trial in another case and other scheduled hearings, the Court cannot accommodate the parties' request for an earlier status conference.

**IT IS THEREFORE ORDERED** that the Government's Unopposed Request for Immediate Status Conference **(#1699)** is **DENIED**.

Dated this 20th day of March, 2007

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge