**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No.  04-cr-00463-MSK**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**16.    LINDA EDWARDS,
17.    LADONNA MULLINS,
19.    EMMITT COTTON, SENIOR,**

    **Defendants.**

---

**ORDER**

---

    This matter comes before the Court on: (1) the request by defendants Linda Edwards, LaDonna Mullins, and Emmitt Cotton, Senior for transcripts of grand jury testimony relating to the government's presentation of the Third Superseding Indictment; and (2) the Government's oral motion, made March 23, 2007, to disclose such materials to these defendants, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).

    HAVING REVIEWED the motion, the Court finds that good and sufficient cause supports the same, and it is therefore ORDERED that the government's motion is granted, and that the grand jury testimony of witnesses who may testify at trial may be disclosed to the defendants Linda Edwards, LaDonna Mullins, and Emmitt Cotton, Senior, and their respective counsel.

    It is further ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendants and their respective

attorneys; that the defendants' respective attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

Dated this 27th day of March, 2007

**BY THE COURT:**

_/s/ Marcia S. Krieger_

Marcia S. Krieger
United States District Judge