UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
**16. LINDA EDWARDS,**
**17. LADONNA MULLINS**,
18. TRENSON L. BYRD, aka TL Byrd,
**19. EMMITT COTTON, SENIOR,**
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
**29. DONNA BLACKLOCK,**
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS, and
34. ODIE WEBSTER, III,

        Defendants.

# ORDER

This matter comes before the Court on the Government's Motion to Continue Trial Subpoenas **(#1715)** and a Motion to Quash Subpoena **(#1718)** filed by Donna Blacklock.

The trial previously set for March 28, 2007 has been vacated and will be reset. Thus, there is good cause to continue the subpoenas. It is incumbent upon the Government to advise its witnesses of this Order and the new trial date, once it is set.

Ms. Blacklock seeks to quash the subpoena served upon her because her doctor advised her not to travel before May 1, 2007. Because the trial was vacated and will be reset for sometime after May 1, 2007, her motion is denied, as moot.

**IT IS THEREFORE ORDERED** that:

(1)  The Government's Motion to Continue Trial Subpoenas **(#1715)** is **GRANTED**.

(2)  The trial subpoenas which the Government served upon its witnesses for the trial scheduled for March 28, 2007, are continuing and remain in effect as to the new trial setting.

(3)  The Motion to Quash Subpoena **(#1718)** is **DENIED**, as moot.

Dated this 12th day of April, 2007

                                                    **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge