# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: LaDonne Bush         Date: April 19, 2007
Court Reporter:  Paul Zuckerman

Criminal Action No. 04-cr-00463-MK

*Parties*:                             *Counsel*:

UNITED STATES OF AMERICA,              Patricia W. Davies
                                       Habib Nasrullah
        Plaintiff,

v.

16. LINDA EDWARDS,                     Lisa M. Wayne
17. LADONNA MULLINS,                   Scott Poland
19. EMMITT COTTON,                     Sean McDermott

        Defendants.

## COURTROOM MINUTES

Motions Hearing to Reset Trial

**9:59 a.m.      Court in session**.

Defendants present and on bond.

Argument by Ms. Wayne.

**10:33 a.m.     Court in recess.**
**10:58 a.m.     Court in session.**

Argument by Ms. Davis.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**     By April 30, 2007, defendants may request a bill of particulars or specific discovery, or the parties can agree to have an evidentiary hearing to determine whether or not there were financial institutions that were subjected to an increased risk of loss or actual loss by virtue of the transactions referred to in Counts 1 through 4 and Counts 42 through 45.

**11:55 a.m.    Court in recess.**
**1:13 p.m.     Court in session.**

Oral findings and conclusions of law are made of record and incorporated herein.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER**:   As set forth on the record, the Government has five days in which to supply any additional information to the defendants.

**ORDER**:   The following are granted in part and denied in part in accordance with the Court's oral ruling as set forth on the record:

1. Defendant Cotton's Objection to Third Superseding Indictment (1698);

2. Defendant LaDonna Mullins' Motion to Join Defendant Emmitt Cotton's Objection to Third Superseding Indictment (1701);

3. Defendant Linda Edwards's Objection to the Government's Third Superseding Indictment Based on Violations of Due Process, Equal Protection, Compulsory Process, and a Continuing Course of Conduct by the Government Evincing Prosecutorial Vindictiveness (1704);

4. Defendant LaDonna Mullins' Motion to Join Defendant Linda Edwards' Motion to Continue Trial (Doc # 1703) and Defendant Linda Edwards' Objection to the Government's Third Superseding Indictment Based on Violations of Due Process, Equal Protection, Compulsory Process and a Continuing Course Of Conduct by the Government Evincing Prosecutorial Vindictiveness (Doc # 1704) (1708);

5. Emmitt Cotton's Motion to Dismiss the Third Superseding Indictment (1731);

6. Defendant Linda Edwards's Motion to Dismiss the Third Superseding Indictment in its Entirety, or in the Alternative, Motion to Dismiss Specific Counts of the Third Superseding Indictment Pursuant to Fed. R.Crim.P. 12(b)(3)(B) (1732); and

7. Defendant LaDonna Mullins' Motion to Dismiss Government's Third Superseding Indictment (1736).

**ORDER**:   Defendant Linda Edwards's Motion for Ruling on Docket Number 1554 (1723) is granted.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER**:   With regard to the Motion for Reconsideration of Order (#1255) Denying Motion to Suppress Evidence Derived Through Warren Williams's Cooperation with the Government (1554), the Court declines to reconsider the earlier rulings.

**ORDER**:   Motion for Court to Accept Mr. Cotton's Response to the Government's Notice of Intent to Offer Evidence Regarding Defendant Emmitt Cotton, Senior Pursuant to Fed R. Evid. 404(b) Out of Time (1755) is granted.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**ORDER:** Ruling is reserved until trial on the Rule 404(b) issues.

**ORDER**: Defendant Linda Edwards's Motion for Severance from Co-defendants Named in Third Superseding Indictment (1726) is withdrawn. A new motion to severe may be filed within ten days, and the Government may file a response within ten days thereafter.

**ORDER:** With regard to Defendant Linda Edwards's Motion to Reconsider the Order Denying Her Request for Additional Questions on the Juror Questionnaire, or in the Alternative, Grant Her Motion for Attorney-Conducted Voir Dire (1693), the Motion to Reconsider is granted and the request is denied.

Oral motion by Mr. Poland to declare the case complex. Mr. McDermott joins in the motion. Ms. Wayne and Ms. Davies do not object.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER**: For the reasons set forth on the record, the Court determines that the ends of justice are served best by a determination that the Speedy Trial Act not apply.

**ORDER**: Trial is set for seven weeks beginning on January 2, 2008.

Court requests that, within ten days of today, counsel file a motion to continue the trial if there are firm conflicts.

**ORDER**: All motions, other than expert motions, shall be filed within ten days.

Court requests that counsel be available for hearings during the weeks of June 18, 2007, and August 27, 2007.

**3:31 p.m.      Court in recess.**

Time: 03:49
Hearing concluded.