UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. **LINDA EDWARDS,**
17. **LADONNA MULLINS,**
18. TRENSON L. BYRD, aka TL Byrd,
19. **EMMITT COTTON, SENIOR,**
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,

    Defendants.

## ORDER GRANTING EXTENSIONS OF TIME
## AND SETTING HEARING

Before the Court are several pending motions. Two are motions for an extension of time to file additional motions. Mr. Cotton moves **(#1777)** for a 30-day extension of time to file a motion to sever, or a motion derived from the discovery he has requested. Ms. Mullins moves **(#1788)** for a 30-day extension of time to file a motion requesting an evidentiary hearing on whether there was a risk of loss to a financial institution *vis a vis* Counts 42 through 45 in the Third Superseding Indictment.

**IT IS ORDERED** that:

(1) The motions for an extension of time **(#1777, #1788)** are granted. The Defendants shall have until **June 7, 2007** to file any additional motions. The Government shall have until **June 13, 2007**, to respond  **No further extensions will be granted.**

(2) A non-evidentiary hearing is set for **June 22, 2007** at **1:30 p.m**. in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado, to address pending motions. At such hearing, the Court will not hear argument on the motions for severance. The Court will set any further hearings as are appropriate.

Dated this 14th day of May, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge