## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover          Date: June 22, 2007
Court Reporter:    Paul Zuckerman

Criminal Action No. 04-cr-00463-MSK

*Parties*:                                  *Counsel Appearing*:

UNITED STATES OF AMERICA,                   Patricia Davies
                                            Habib Nasrullah

        Plaintiff,

v.

LINDA EDWARDS,                              Lisa Wayne
LADONNA MULLINS, and                        Scott Poland
EMMITT COTTON, SR.,                         Sean McDermott

        Defendants.

## COURTROOM MINUTES

HEARING:   Motions (Doc. #1785, 1778, 1817, 1774, 1776, 1789, 1754)

**2:01 p.m.   Court in session**.

Defendants present on bond.

**ORDER:**   Defendant Mullins Motion for Specific Discovery **(Doc. #1785)** is **GRANTED.**

Defendant Edwards' Renewed Motion for Evidentiary Hearing **(Doc. #1778)** is **DENIED.**

Defendant Mullins' Motion for Evidentiary Hearing **(Doc. #1817)** is **DENIED.**

Defendant Cotton's Motion for Bill of Particulars **(Doc. #1774)** is **DENIED.**

Defendant Cotton's Motion for Specific Discovery **(Doc. #1776)** is **GRANTED.**

Defendant Mullins' Motion in Limine **(Doc. #1789)** is **CONFESSED.**

Defendant Cotton's Motion to Exclude 404(b) Evidence **(Doc. #1754)** is **DENIED without prejudice** and may be re-raised at the time of trial.

**ORDER:**   702 motions will be filed by **August 31, 2007.**

**ORDER**   Final Pretrial Conference is set **December 19, 2007 at 9:00 a.m.,** in Courtroom A901, 901 19th Street, Denver, Colorado.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Government makes an oral motion to dismiss Count 41 of the Third Superseding Indictment as to defendants Edwards and Cotton.  No objections from counsel for the defendants.

**ORDER**       The Government's oral motion to dismiss Count 41 of the Third Superseding Indictment as to defendants Edwards and Cotton is **GRANTED.**  Count 41 of the Third Superseding Indictment is **DISMISSED.**

**ORDER:**       Bond is continued.

**2:59 p.m.**       **Court in recess.**

**Total Time:   58 minutes**
**Hearing concluded.**