UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. **LINDA EDWARDS,**
17. **LADONNA MULLINS,**
18. TRENSON L. BYRD, aka TL Byrd,
19. **EMMITT COTTON, SENIOR,**
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,

        Defendants.

## ORDER NOTIFYING PARTIES OF JURY QUESTIONNAIRE PROCEDURE

The Court hereby notifies the parties that the following procedure will be used with regard to the jury questionnaires for the trial scheduled to commence on January 2, 2008.

The prospective jurors will complete the questionnaires by **December 14, 2007**, and the questionnaires will be available to the attorneys for review beginning **December 17, 2007**. The attorneys or their representatives shall contact the jury clerk, Joann Garcia, at (303) 335-2049 to make arrangements to review the questionnaires at the courthouse. If the parties all agree that a particular juror or jurors should be excused for cause, they shall jointly file a motion to excuse such juror or jurors not later than **December 27, 2007**. All other challenges to the jurors are to be raised on the first day of trial during *voir dire*.

Attached to this Order is a copy of the questionnaire that is to be used. Questions 32 and 33 refer to Exhibits A and B, which the parties have not yet provided for this trial. If the parties desire these two questions to be asked, they shall submit Exhibits A and B to the chambers e-mail account, krieger_chambers@cod.uscourts.gov, no later than **November 15, 2007**.

**IT IS SO ORDERED**.

Dated this 8th day of November, 2007

                                    **BY THE COURT:**

                                    *Marcia S. Krieger*
                                    Marcia S. Krieger
                                    United States District Judge