UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

              Plaintiff,

v.

1.  LINDA CARNAGIE,
2.  NINA MARIE CAMERON,
3.  LESLIE ROUSSEAU,
4.  ALBERTICO GALINDO,
5.  SONIA RAMIREZ,
6.  SANDRA LINDSEY,
7.  ROSAURA RAMIREZ,
8.  GAIL HENDERSON,
9.  DWAYNE VANDYKE,
10.  CHRISTOPHER ALLEN,
11.  DENISHA WALKER,
12.  DAVID WOMELY,
13.  RANDAL JONES,
14.  SHEILA LOCKETT,
15.  SHAWN GARRETTE,
**16.  LINDA EDWARDS,**
17.  LADONNA MULLINS,
18.  TRENSON L. BYRD, aka TL Byrd,
19.  EMMITT COTTON, SENIOR,
20.  STAFFORD A. HILAIRE,
21.  TYRONE TENNYSON,
22.  ROBERT WEDGEWORTH,
23.  DARYL COLLINS,
24.  TRACIE LOCKHART,
25.  AARON BLATHERS,
26.  SEBASTIAN SCOTT,
27.  MICHAEL KEYS,
28.  QUNELL JEFFERSON,
29.  DONNA BLACKLOCK,
30.  MAURICE POOLE,
31.  MONICA FITE,
32.  AURELIA WALKER,
33.  WENDY WILKINS,and
34.  ODIE WEBSTER, III,
              Defendants.

## ORDER ON MOTION FOR ADDITIONAL TIME

THIS MATTER comes before the Court on Defendant Linda Edwards' Motion for Additional Time to Submit her List of Witnesses in Exhibit "B" to Jury Questionnaire **(#1924)**. She seeks an 8-day enlargement of time to submit such list.

The requested extension of time would prevent the jury clerk from having sufficient time to photocopy and mail the questionnaires to prospective jurors, and would interfere with the other deadlines set forth in the Order Notifying Parties of Jury Questionnaire Procedure **(#1919)**. Exhibits A and B, as provided by the Government, will be attached to the questionnaires. During *voir dire*, counsel for the parties may provide the Court with any additional names which should be presented to prospective jurors that were not included on Exhibits A or B.

**IT IS THEREFORE ORDERED** that Defendant Linda Edwards' Motion for Additional Time to Submit her List of Witnesses in Exhibit "B" to Jury Questionnaire **(#1924)** is **DENIED**.

Dated this 16th day of November, 2007

**BY THE COURT:**

Marcia S. Krieger
United States District Judge