IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

16. LINDA EDWARDS,
17. LADONNA MULLINS,
19. EMMITT COTTON, SENIOR,

    Defendants.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

---

Upon petition of the United States and for good cause shown, it is hereby:

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the material witness, TRACEY D. RICHARDSON, DOB 1976, Inmate Number 131425, before United States District Judge Marcia S. Krieger on or before January 2, 2008, to testify during the proceedings of the above captioned case, and to hold her at all times in the United States Marshal's custody as an agent of the United States of America until she has appeared as a material witness, and immediately thereafter to return the witness to the institution where she is now confined, under safe and secure conduct.

SO ORDERED this 20th day of November, 2007.

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge