UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. **LINDA EDWARDS,**
17. **LADONNA MULLINS,**
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,
        Defendants.

# ORDER REGARDING TRIAL PROCEDURES

In supplementation of the Court's orders issued during the Final Pretrial Conference, and to aid counsel in preparing for trial,

**IT IS ORDERED** that:

(1) Except for the first day of trial (July 7, 2008), all trial days will start at 8:30 a.m.

(2) On each trial day, the morning recess will last 15 minutes and start at 10:00 a.m., and the afternoon recess will last 15 minutes and start at 2:45 p.m. The lunch recess will be limited to 1 hour and will start as close to noon as practicable.

(3) On each trial day, the Court will recess for the day either at 5:00 p.m. or, if there is a hearing set in another matter at 4:00 or 4:30, at the time of such hearing.

(4) With regard to closing argument, each party must designate only <u>one</u> attorney for the entire argument, including any rebuttal.

(5) If there are any issues which need to be determined outside the presence of the jury, they will be addressed at 8:30 a.m. in the morning on the following business day. Counsel shall identify such issues and notify the Court the day before such issues are to be addressed, and before the jury is released for the day. Any briefing or lists of authority must be filed with the Court by 7:30 a.m. on the morning the issues will be addressed. The amount of time for argument for each party will be limited.

(6) "Dark days" (i.e., non-trial days) will be July 29, 2008 and all Mondays during the trial, except for Monday July 7, 2008.

Dated this 27th day of June, 2008

                                                  **BY THE COURT:**

*Marcia S. Krieger*
_____

                                                  Marcia S. Krieger
                                                  United States District Judge