UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. **LINDA EDWARDS,**
17. LADONNA MULLINS,
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS, and
34. ODIE WEBSTER, III,
    Defendants.

## ORDER REGARDING DISCLOSURE OF
## PRE-SENTENCE INVESTIGATION REPORTS

This matter comes before the Court on the motion of defendant Linda Edwards for an Order Authorizing Disclosure of Pre-Sentence Investigation Reports. Based on the papers previously filed and the record as developed at the Pre-Trial Conference on June 12, 2008, it is **ordered that**, subject to the conditions detailed below, copies of the following eight Pre-Sentence Investigation Reports shall be provided by the government to defense counsel:

1. Donna Blacklock Case No. 04-cr-463-MSK

2. Nina Cameron Case No. 04-cr-463-MSK

3. Monica Fite Case No. 04-cr-463-MSK

4. Qunell Jefferson Case No. 04-cr-463-MSK

5. Tracey Richardson aka Lockhart Case No. 04-cr-463-MSK

6. Tyronne Tennyson Case No. 04-cr-463-MSK

7. Robert Wedgeworth Case No. 04-cr-463-MSK

8. Wendy Wilkins Case No. 04-cr-463-MSK

The above Pre-Sentence Investigation Reports shall be disclosed to the defense subject to the following conditions:

1. The Pre-Sentence Investigation Reports shall be reviewed by defense counsel, only. Neither such reports nor their contents may be disseminated to the defendants or others;

2. If it becomes necessary to use or refer to any of these Pre-Sentence Investigation Reports as exhibits in court proceedings, defense counsel will disclose same to the Court and opposing counsel before its use, and such exhibits shall be placed under seal; and

3. All copies of Pre-Sentence Investigation Reports for witnesses shall be returned to the government at the conclusion of this case.

This Court does <u>not</u> order provision of copies of the following Pre-Sentence Investigation Reports:

1. Alvin Green Case No. 01-cr-214-WYD

2. Toni Myles Griffin Case No. 04-cr-70-RPM

3. Julius Muhammad Case No. 04-mj-1249-BNB

4. Terie Mure Case No. 04-cr-70-RPM

5. Mariea Powell Case No. 04-cr-70-RPM

6. Jimmie Tubbs Case No. 04-mj-7267-BNB

7. Ekon Udom Case No. 04-cr-70-RPM

8. Rod Wesson Case No. 04-cr-70-RPM

9. Warren Williams Case No. 04-cr-70-RPM

As to these nine reports, leave must be requested from the judge presiding in the case identified.

Dated this 30th day of June, 2008

                                **BY THE COURT:**

                                */s/ Marcia S. Krieger*
                                _____

                                Marcia S. Krieger
                                United States District Judge