UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. **LINDA EDWARDS,**
17. LADONNA MULLINS**,**
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,
    Defendants.

# ORDER

This matter comes before the Court on the motion of defendant Linda Edwards **(#2069)** asking for reconsideration of an Order Authorizing Disclosure of Pre-Sentence Investigation Reports **(#2066)**. The motion requests that the Court authorize disclosure of reports for defendants in cases other than the above-captioned. In order to address all requested pre-sentence reports, regardless of case, the Court

**ORDERS** that:

(1) Its prior Order Regarding Disclosure of Pre-Sentence Investigation Reports **(#2066)** is **VACATED**.

(2) By **July 2, 2008**, the Government shall review all identified pre-sentence reports and disclose such redacted portions as are exculpatory in accordance with its obligations under *Brady v. Maryland,* 373 U.S. 83 (1963), and *Giglio v. United States,* 405 U.S. 150 (1972).

(3) The disclosed information shall be reviewed by defense counsel, only. Such information **may not** be disseminated to the defendants or others. The documents by which such disclosure is made shall not be used as evidence at trial absent prior authorization.

Dated this 1st day of July, 2008

                                                **BY THE COURT:**

                                                */s/ Marcia S. Krieger*

                                                Marcia S. Krieger
                                                United States District Judge