UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. **LINDA EDWARDS,**
17. **LADONNA MULLINS,**
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS, and
34. ODIE WEBSTER, III,
        Defendants.

# ORDER
___

THIS MATTER comes before the Court on the Government's Notice of Unopposed Proposed Procedure Re: Forfeiture **(#2128)** filed August 11, 2008.  The Court construes the notice to be a motion to receive evidence at the sentencing hearings of Defendants Linda Edwards and Ladonna Mullins and **GRANTS** the Motion.  In view of the additional evidence to be received, the sentencing hearing of Defendant Linda Edwards set for December 15, 2008, at 10:00 a.m. and the sentencing hearing of Defendant Ladonna Mullins set for December 15, 2008, at 10:45 are **VACATED**.  Counsel shall *jointly* call chambers on or before **August 15, 2008**, to reset the sentencing hearings.

DATED this 12th day of August, 2008.

BY THE COURT:

/s/ Marcia S. Krieger

Marcia S. Krieger
United States District Judge