**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Honorable Marcia S. Krieger

**Criminal Case No. 04-cr-00463-MSK-16**

UNITED STATES OF AMERICA

    Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
**16. LINDA EDWARDS,**
17. LADONNA MULLINS,
18. TRENSON L. BYRD,
    also known as TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON**,**
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
    also known as Tracey Richardson,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS, and

34. ODIE WEBSTER, III,

    **Defendants.**

## ORDER OF FORFEITURE

The matter is before the Court on the **Government's Motion Pursuant to Fed. R. Crim. P. 32.2(b) for an Order of Forfeiture** [Doc. # 2177].

The Court finds, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, that the amount of $139,854.96 constitutes the gross proceeds of the wire fraud offenses set forth in Counts 6, 8, 10, and 15-17 of the **Third Superseding Indictment** of which defendant Linda Edwards was convicted at trial.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, pursuant to Rule 32.2(b)(1), that defendant Linda Edwards shall forfeit to the United States the amount of $139,854.96 pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Sections 981(a)(1)(C), 1956(c)(7), and 1961(1)(B); and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the Clerk of this Court shall deliver a copy of this Order to the United States Marshal and to counsel for the parties.

Dated this 6th day of February, 2009.

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge