IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Marcia S. Krieger

Civil Action No. 11-cv-01054-MSK
(Criminal Action No. 04-cr-00463-MSK-16)

UNITED STATES OF AMERICA,

v.

LINDA EDWARDS,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

**ORDERED** that the United States Attorney on or before June 26, 2011, shall file an answer or other pleading directed to the motion pursuant to Rules 4 and 5 of the Rules Governing Section 2255 Proceedings.

DATED this 26th day of April, 2011.

        **BY THE COURT:**

        *[signature: Marcia S. Krieger]*

        Marcia S. Krieger
        United States District Judge