**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00463-MSK
(Civil Action No. 11-cv-1054-MSK)

UNITED STATES OF AMERICA,

    Petitioner,

v.

16. LINDA EDWARDS,

    Respondent.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Opinion and Order Denying Motion to Vacate of Chief Judge Marcia S. Krieger entered on April 25, 2014 it is

    ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 [#2488] filed 4/21/11, is denied.

    Dated at Denver, Colorado this 25th day of April, 2014.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                              By: s/   D. Kalsow

                                        Deputy Clerk